1  YOUNG CHO
   ATTORNEY AT LAW:  189870
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4756
   562/868-5886
4  FAX:  562/868-5491

5  ATTORNEY FOR PLAINTIFF
   ELVIRA T. CASTANEDA

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 ELVIRA T. CASTANEDA,                 )  Case No.:  1:06-CV-01784 TAG
                                        )
11              Plaintiff,              )  ORDER RE STIPULATION TO
                                        )  DISMISS
12      vs.                             )
                                        )
13 MICHAEL J. ASTRUE[1],                )
   Commissioner of Social Security,     )
14                                      )
                Defendant.              )
15                                      )
                                        )
16

17      Based upon the parties' Stipulation to Dismiss,

18      IT IS HEREBY ORDERED that the above matter is dismissed without

19 prejudice.

20      DATE: 9/28/2007

21

22      THE HONORABLE THERESA A. GOLDNER
        UNITED STATES MAGISTRATE JUDGE
23

24

25  _____

26  [1]    Michael J. Astrue, as the new Commissioner of Social Security, should be replaced for
    his predecessor, Jo Anne B. Barnhart, pursuant to Rule 25(d)(1) of the Fed.R.Civ.P.

                                      -1-